UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAYA JALLOW,

                        Plaintiff,               20 Civ. 6260 (LGS)

        -against-                             **DIRECTIVE**

CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      As Defendant has not been served in this pro se action and to allow Plaintiff to effect service, the Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 Form") for Defendant the City of New York, and to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant at ServiceECF@law.nyc.gov, the email address established by the New York City Law Department for service of complaints on the City of New York during the COVID-19 pandemic.  *See* https://www1.nyc.gov/site/law/index.page.

      The Clerk of Court is further respectfully directed to mail a copy of this Directive to pro se Plaintiff.

Dated:  December 9, 2020
          New York, New York

                                                              LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE