UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YAYA JALLOW,

                          **Plaintiff,**

      -against-

**CITY OF NEW YORK,**

                          **Defendant.**

-----------------------------------------------------------------X

**20-CV-06260 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Attached to this Order is a Notice of Change of Address form. Plaintiff is ORDERED to complete the form with their updated contact information and promptly file the form with the Court.

      The Clerk of Court is respectfully directed to mail a copy of this Order and the FRCP Information Package (ECF No. 25) to Plaintiff at the following address:

Yaya Jallow
#312, 312 Powell Street
Brooklyn, New York
11212

**SO ORDERED.**

DATED:    January 7, 2021
                New York, New York

SARAH NETBURN
United States Magistrate Judge

IH-34  Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____  _____  _____  _____
Address            City       State    Zip Code

_____         _____
Telephone Number          E-mail Address (if available)

_____         _____
Date                      Signature