**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

YAYA JALLOW,

                              **Plaintiff,**

              -against-

**CITY OF NEW YORK POLICE DEPARTMENT,**
**et al.,**

                              **Defendants.**

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/11/2021
```

**20-CV-06260 (LGS) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On January 11, 2021, the parties appeared at a conference before the Court. As discussed at that conference, the Plaintiff shall be granted an extension of time in which to file his amended complaint, to January 29, 2021. The Defendants shall answer or otherwise respond to that amendment no later than March 1, 2021. In addition, the Plaintiff shall file his Notice of Change of Address as soon as possible.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             January 11, 2021