UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YAYA JALLOW,
                           Plaintiff,          20 Civ. 6260 (LGS)

-against-                          ORDER

CITY OF NEW YORK,
                           Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated March 22, 2021 (Dkt. No. 46), directed pro se Plaintiff to file a letter by March 31, 2021, in response to Defendant's March 18, 2021, letter (Dkt. No. 43) seeking leave to file a motion for judgment on the pleadings. A conference to discuss the parties' positions is scheduled for April 8, 2021, at 11:00 a.m.

      WHEREAS, Plaintiff has not filed any letter response. It is hereby

      **ORDERED** that as soon as possible and no later **April 8, 2021**, Plaintiff shall file a letter response to Defendant's March 18, 2021, letter (Dkt. No. 43). Plaintiff's letter shall not exceed five single-spaced pages, and shall set forth, as specifically as possible, the basis on which he claims his constitutional rights were violated. Plaintiff is reminded that non-compliance with Court-ordered deadlines may result in sanctions or prejudice. It is further

      **ORDERED** that the conference scheduled for April 8, 2021, at 11:00 a.m., is **adjourned** *sine die*.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: April 2, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**