UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAYA JALLOW,

                         Plaintiff,

-against-

CITY OF NEW YORK,

                         Defendant.
------------------------------------------------------------X

20 Civ. 6260 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant seeks leave to file a motion for judgment on the pleadings (Dkt. No. 43). Plaintiff opposes (Dkt. No. 54). The parties appeared for a conference on May 13, 2021. It is hereby

**ORDERED** that by **June 14, 2021**, Defendant shall file its motion. By **July 29, 2021**, Plaintiff shall file any response. Per the Individual Rules, each parties' brief shall not exceed twenty-five double-spaced pages and shall have no more than fifteen exhibits attached, each exhibit not to exceed fifteen pages.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: May 13, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE