UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
YAYA JALLOW,
                            Plaintiff,          20 Civ. 6260 (LGS)

        -against-                         ORDER

THE CITY OF NEW YORK,
                            Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Opinion and Order dated December 21, 2021 (Dkt. No. 64), granted Defendant's motion to dismiss, directed Plaintiff to seek leave to replead by January 19, 2022 and requested the Clerk of Court to mail a copy of the opinion.

       WHEREAS, it is unclear whether the opinion was mailed, and Plaintiff did not seek leave to replead. It is hereby

       **ORDERED** that by **February 3, 2022**, Plaintiff may seek leave to replead, or the case will be dismissed. The Clerk of Court is respectfully directed to mail a copy of this Order and the Opinion and Order dated December 21, 2021, to pro se Plaintiff and note the mailing on the docket.

Dated: December 20, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE