UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
YAYA JALLOW,                                                 :
                                                             :
                              Plaintiff,                     :    20 Civ. 6260 (LGS)
                                                             :
               -against-                                     :    ORDER
                                                             :
THE CITY OF NEW YORK,                                        :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, per the Order dated January 20, 2022 (Dkt. No. 65), Plaintiff was permitted to seek leave to replead by February 3, 2022, or the case would be dismissed.

   WHEREAS, Plaintiff did not seek leave to replead.  It is hereby

   **ORDERED** that the case is dismissed.  The Clerk of Court is respectfully directed to close the case.

Dated: February 4, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE