**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YAYA JALLOW,

                              Plaintiff,                                20 **CIVIL** 6260 (LGS)

                -against-                                    **JUDGMENT**

THE CITY OF NEW YORK,

                              Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth

in the Court's Opinion and Order dated December 21, 2021, and Order dated February 4, 2022,

the motion to dismiss is granted**;** Per the Order dated January 20, 2022 Dkt. No. 65, Plaintiff was

permitted to seek leave to replead by February 3, 2022, or the case would be dismissed; Plaintiff did

not seek leave to replead. It is hereby **ORDERED** that the case is dismissed; accordingly, the case

is closed.

**Dated:**  New York, New York
         February 8, 2022

                                          **RUBY J. KRAJICK**
                                 _____
                                       **Clerk of Court**
        **BY:**
                                          **Deputy Clerk**